**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.I.P., A MINOR | : | No. 105 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: A.M.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.